IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |  |
|---|---|---|
| THOMAS D. STRICKLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:04cv1045-T |
| | ) | (WO) |
| CITY OF DOTHAN, ALABAMA | ) | |
| and SYLVIA SUMMERS, | ) | |
| Officer, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

By agreement of the parties at the pre-trial conference held on October 6, 2005, it is ORDERED that all state-law claims against the City of Dothan are dismissed. Federal claims against the City of Dothan remain pending.

DONE, this the 31st day of October, 2005.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE