IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| THOMAS D. STRICKLAND, )<br>　　　　　　　　　　　　　　)<br>　　Plaintiff, 　　　　　　　)<br>　　　　　　　　　　　　　　)<br>　　v. 　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>CITY OF DOTHAN, ALABAMA　　 )<br>and SYLVIA SUMMERS,　　　　)<br>Officer, 　　　　　　　　　 )<br>　　　　　　　　　　　　　　)<br>　　Defendants. 　　　　　　 ) | CIVIL ACTION NO.<br>　1:04cv1045-T<br>　　　(WO) |

ORDER

Counsel for plaintiff Thomas D. Strickland having orally informed the court that plaintiff Strickland does not object, it is ORDERED as follows:

(1) Defendant Sylvia Summers's motion to continue and alternative motion to stay (Doc. No. 51) are granted to the extent that proceedings in this court are staying pending the appeal of this case.

(2) The clerk of the court is to close this case administratively pending the appeal.

It is further ORDERED that the motions to exclude and in limine (Doc. Nos. 41-44) are denied with leave to renew after the appeal.

DONE, this the 9th day of November, 2005.

                                                                  /s/ Myron H. Thompson
                                            **UNITED STATES DISTRICT JUDGE**